CROSS *v.* CALIFORNIA.

No. 1161, Misc.   Decided March 21, 1966.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MOTORLEASE CORP. *v.* UNITED STATES.

No. 24.   Decided March 21, 1966.

*Ellis Lyons* for petitioner.

*Solicitor General Cox* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the United States Court of Appeals for the Second Circuit is reversed. *Fribourg Navigation Co., Inc.* v. *Commissioner of Internal Revenue, ante,* p. 272.

MR. JUSTICE BLACK, MR. JUSTICE CLARK and MR. JUSTICE WHITE dissent for the reasons stated in the dissenting opinion of MR. JUSTICE WHITE in *Fribourg Navigation Co., Inc.* v. *Commissioner of Internal Revenue, supra.*